UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ FEB 2006 ★
BROOKLYN OFFICE

------------------X

GIUFFRE HYUNDAI, LTD.,

                Plaintiff,

- against -

TIG INSURANCE COMPANY,

                Defendant.

------------------X

ORDER OF DISMISSAL

CV 2005-1631 (JG)(MDG)

The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby \

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within thirty days of the date of this Order.

Dated: Brooklyn, New York
       February 9, 2006

s/John Gleeson

_____
JOHN GLEESON
UNITED STATES DISTRICT JUDGE